STANLEY KAZMIERSKI, SR., as Administrator of the Estate of STANLEY KAZMIERSKI, JR., Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in a railroad negligence action. The order granted a motion for a directed verdict.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Arbitration between NATIONAL ASSOCIATION OF BROADCAST ENGINEERS AND TECHNICIANS, by GEORGE MAHER, as Treasurer, Respondent, and W. K. B. W., INC., Appellant.— Order affirmed, with $50 costs and disbursements. All concur. (Appeal from an order directing W. K. B. W., Inc., to proceed to arbitrate and to complete the arbitration as prescribed in the agreement between the parties.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ANNA M. FRANZ, Appellant, v. BRIGHTON PLACE DAIRY et al., Respondents. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ROY J. ROTH, Appellant, v. UNION HILL VOLUNTEER FIREMEN'S ASSOCIATION, Respondent, et al., Defendants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action for damages for personal injuries alleged to have been sustained by reason of negligent supervision of an amusement device.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

KENNETH BLAIR, as Administrator of the Estate of RICHARD BLAIR, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30108.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment awarding claimant damages for the death of claimant's intestate, an inmate of the State agricultural school at Industry, alleged to have been caused by working in a dangerous place.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON DURLING, Appellant.— Order affirmed. Memorandum: The County Court, as we construe the decision, has found as a fact that the alleged acts of misconduct on the part of the jurors did not take place. We conclude that such finding is in accord with the weight of the credible evidence and that the order appealed from should be affirmed. All concur. (Appeal from an order denying defendant's motion for a new trial on the ground of misconduct of a juror.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.